# United States Court of Appeals
# for the Fifth Circuit

No. 25-40438
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2025

Lyle W. Cayce
Clerk

Hou He Zeng,

*Plaintiff—Appellant*,

*versus*

Mattress Firm, Incorporated,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CV-331

_____

Before Higginbotham, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Dissatisfied with her mattress, Hou He Zeng brought various product liability claims against Mattress Firm, Inc. The district court dismissed Zeng's case without prejudice because she failed to timely serve the defendant. Finding no error, we AFFIRM.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.